UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HUNTER,<br><br>             Plaintiff,<br><br>      v.<br><br>McBRIDE, et al.,<br><br>             Defendants. | Case No.: 1:14-cv-01192-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF No. 8] |

Plaintiff Jesse Hunter is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 18, 2014, the Court dismissed Plaintiff's complaint, with leave to amend, for failure to state a cognizable claim for relief. The thirty day time frame to file an amended complaint has expired and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///

///

///

///

///

1

Accordingly, within thirty (30) days from the date of service of this order, Plaintiff shall show cause in writing why the action should not be dismissed for failure to comply with a court order. Failure to respond to this order will result in dismissal of the action.  Local Rule 110.

IT IS SO ORDERED.

Dated:    **January 6, 2015**

UNITED STATES MAGISTRATE JUDGE