UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HUNTER,<br><br>            Plaintiff,<br><br>       v.<br><br>McBRIDE, et al.,<br><br>            Defendants. | Case No.: 1:14-cv-01192-SAB (PC)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>[ECF Nos. 1, 8, 9]<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

Plaintiff Jesse Hunter is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on November 5, 2014. Local Rule 302.

On November 18, 2014, the Court dismissed Plaintiff's complaint for failure to state a claim under section 1983 and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). More than thirty days have passed and Plaintiff did not comply or otherwise responded to the Court's order.

Accordingly, on January 6, 2015, the Court issued an order to show cause within thirty days as why the action should not be dismissed. (ECF No. 9.) Plaintiff has failed to respond to the Court's order to show cause. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

1

Based on the foregoing, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). Silva v. Di Vittorio, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

IT IS SO ORDERED.

Dated:   **February 18, 2015**

UNITED STATES MAGISTRATE JUDGE